**Ademola JACOBS, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 02–6309.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 30, 2002.

Ademola Jacobs, Appellant Pro Se. Richard Charles Kay, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ademola Jacobs appeals the district court's order denying his motion for return of an automobile seized by the government. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Jacobs*, No. CA-01-1843-CCB (D. Md. filed Jan. 31, 2002; entered Feb. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*